## IN RE ASHLEY M. ET AL.*
### (11562)

O'CONNELL, LANDAU and SCHALLER, Js.

Argued September 28—decision released November 9, 1993

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 4166B.2, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.

*Barbara J. Claire,* for the appellant (respondent father).

*Benjamin Zivyon,* assistant attorney general, with whom, on the brief, were *Richard Blumenthal,* attorney general, and *Susan T. Pearlman,* assistant attorney general, for the appellee (petitioner).

PER CURIAM. We have fully reviewed the records and briefs and considered the oral arguments of the parties. The appeal largely relies on fact bound issues. The trial court's findings are supported by the evidence and the inferences that may reasonably be drawn therefrom. Having applied the appropriate standard of review, we conclude that the trial court did not abuse its discretion and that its decision conforms to the applicable law.

The judgment is affirmed.